## FLEMISTER *v.* THE STATE.

CANDLER, J. The evidence being uncontradicted that the accused found the property described in the accusation as having been stolen, that he knew it to be the property of the rightful owner, and that he retained it with the expressed purpose of converting it to his own use, his conviction on the charge of simple larceny will not be set aside. See *Slaughter* v. *State*, 113 *Ga.* 287.      *Judgment affirmed. All the Justices concur.*

Submitted October 18, — Decided November 10, 1904.

Accusation of larceny.    Before Judge Hammond.    City court of Griffin.    June 1, 1904.

*Thomas W. Thurman*, for plaintiff in error.
*Joseph D. Boyd, solicitor*, contra.